Joseph Flesch, Respondent, v. Edward I. Goldfarb et al., Appellants.—

No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Catherine J. Fraser et al., Administratrices of the Estate of Donald Fraser, Deceased, Respondents, v. Philip Rosenbaum et al., Appellants.—

No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Peter J. Haberkorn, Respondent, v. Andre Rubinstein, Appellant.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Andre Rubinstein, Appellant, against Peter J. Haberkorn, Respondent.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Anastasia Slattery, Appellant, v. Eastern Air Lines, Inc., Respondent.—

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Walter Wollny et al., Respondents, v. Martha Fuehrer et al., Appellants.

No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Bond and Mortgage Guarantee Company (434 East 52nd Street). Jules Adell, as Trustee, Appellant; Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Gert von Gontard, Appellant, v. Gertrude O. Zenzes, Respondent.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

David Turek et al., Respondents, v. Amilicare De Michiel, Appellant.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.